### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEE DOBISH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV41 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RAIN AND HAIL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on January 6, 2012. The plaintiff was represented by Siegfried H. Brauer, III, and the defendant was represented by Cathy S. Trent-Vilim. The plaintiff has filed an objection (Filing No. 50) to the magistrate judge's order (Filing No. 49).

**IT IS ORDERED:**

Ten days after the ruling on the objection (Filing No. 50), the plaintiff shall initiate a telephone conference with the undersigned magistrate judge and opposing counsel in order to schedule this matter to trial.

DATED this 6th day of January, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge